IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: _____ |
| | FILED: _____ |
|         Plaintiff, | |

-v-

TRACY RANALLO
11105 RIDGE ROAD
MEDINA, NY 14103

ESTATE OF FRANK RANALLO JR.
4079 SALT WORKS RD.
MEDINA, NY 14103

FRANK RANALLO III
611 ANN STREET
MEDINA, OH 14103

UNKNOWN HEIRS OF FRANK RANALLO JR., DEC;D
(DOD 07/30/2021)

ESL FEDERAL CREDIT UNION
225 CHESTNUT STREET
ROCHESTER, NY 14604

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

Defendants.

---

## <u>COMPLAINT – ACTION TO FORECLOSE A MORTGAGE-IN REM</u>

The United States of America, a Sovereign, by Thomas L. Sooy, Attorney for the

Plaintiff, complains and alleges as follows:

1. This Court has jurisdiction under the provisions of Title 28, United States
   Code, Section 1345.

2. On or about July 6, 2000, at the request of the Defendant Tracy Ranallo and
   Frank Ranallo Jr. (hereinafter collectively referred to as the 'Ranallos'), the
   Plaintiff, the United States of America, acting by and through its agency,
   USDA Rural Housing Service (hereinafter referred to as the "United
   States"), did lend to the Ranallos, the sum of $54,000.00, which sum the
   Ranallos did undertake and promise to repay, with interest at 7.375% in
   specified monthly installments on the following described real estate in
   Orleans County, New York:

   > **ALL THAT TRACT OR PARCEL OF LAND, situate in the Town
   > of Shelby, County of Orleans and State of New York, being part of
   > Lot No 18, Township 14, Range 4, bounded and described as
   > follows:**
   >
   > **Beginning at a point on the center line of Salt Works Road, said
   > center line being the west line of Lot Number 18, 2.504 feet north
   > from the intersection of said west line and the south line of Lot 18,
   > thence easterly at an interior angle of 70 degrees 39 minutes and
   > 50 seconds, 1486.84 feet; thence northerly 192.58 feet; thence
   > westerly parallel to the first described course, 1,427.15 feet to the
   > west line of Lot Number 18; thence southerly along said west line
   > 203.94 feet to the point or place of beginning.**

3. As evidence of the indebtedness, the Ranallos, did execute and deliver to the
   United States a Promissory Note dated July 6, 2000, a true copy of which is
   attached hereto as **Exhibit "A".**

4. In order to secure the payment of the indebtedness the Ranallos, did execute, acknowledge and deliver to the United States, a real property mortgage dated July 6, 2000, a true copy of which is attached hereto as **Exhibit "B"**.

5. The mortgage was duly recorded on July 6, 2000 in the Orleans County Clerk's Office as Liber 218 at Page 278.

6. The United States is now the owner and holder of the Promissory Note and Mortgage.

7. Pursuant to the terms of a certain Subsidy Repayment Agreement and Payment Subsidy Renewal Certifications executed by the Ranallos, a subsidy reduction in the payments due and /or the interest described in the Promissory Note was reduced during each Agreement's effective period. Pursuant to 42 U.S.C. §1490a, any subsidy received is subject to recapture upon the disposition of the property. True and accurate copies of said Subsidy Repayment Agreement and Payment Subsidy Renewal Certifications are attached hereto as **Exhibit "C"**.

8. The Ranallos breached and violated the provisions of the Promissory Note and Mortgage in that the Ranallos did neglect and fail to pay the installments of principal and interest when due, despite due demand therefore and /or by failing to make payment of real property taxes when due, thus making it necessary for the United States to pay the same to protect its interest. True and accurate copies of the Acceleration Letters are attached hereto as **Exhibit "D"**.

9. On May 26, 2015, a voluntary petition for relief under Chapter 7 of the Bankruptcy Code was filed by the Debtor, Tracy P. Ranallo, in the United States Bankruptcy Court for the Western District of New York as Case Number 1-15-11137-MJK. On September 10, 2015, the Bankruptcy Court entered an Order discharging the Debtor and the bankruptcy case was subsequently closed on October 5, 2015. The United States does not seek a monetary judgment against Defendant Tracy Ranallo.

10. Upon information and belief, Frank Ranallo Jr. died on July 30, 2021. As a result, the Estate of Frank Ranallo Jr.; Frank Ranallo III; and the unknown heirs of Frank Ranallo Jr. (if any) may have, or claim to have, an interest in the real property located at 4079 Salt Works Road Medina, NY 14103, and are therefore named in this action. The United States does not seek a monetary judgment against the Estate of Frank Ranallo Jr; Frank Ranallo III; or any unknown heirs of Frank Ranallo Jr. (if any).

11. By reason of the defaults described herein, the United States has elected to declare the entire sums secured by the mortgage to be due and payable.

12. There is now justly due and payable to the Plaintiff, as of August 19, 2025, on the Promissory Note and Mortgage the following sums:

| | |
|---|---|
| Unpaid Principal (Note) | $45,162.39 |
| Unpaid Interest (Note) | $39,557.87 |
| Unpaid Principal (Advances) | $74,457.83 |
| Unpaid Interest (Advances) | $26,710.98 |
| Unpaid Escrow/Impound (Advances) | $0.00 |
| Late Fees | $44.12 |
| **Total** | **$185,933.19** |

Together with interest at the rate of 7.375% per annum on principal and all advances from August 19, 2025. A true and accurate copy of an updated Certificate of Indebtedness is attached as **"Exhibit E"**.

13. Upon information and belief, the United States may be compelled to make additional advances for payment of taxes, hazard insurance, water and sewer charges, or other municipal assessments maintenance, in order that it may protect and preserve security, but the nature and amount thereof is unknown to the United States at this time. Nevertheless, the United States seeks recovery thereof.

14. No other action or proceeding has been brought at law or otherwise for the recovery of said sums secured by the Promissory Note and Mortgage, or any part thereof.

15. That the United States has complied with the notice provisions of New York State RPAPL Section 1304. A true and accurate copy of the required notice is attached hereto as **Exhibit "F"**.

16. At the time this proceeding was commenced, the United States has complied with the provisions of New York State RPAPL Section 1306 regarding filing with the Superintendent of the New York State Banking Department. A true and accurate copy of the required filing is attached hereto as **Exhibit "G"**.

17. Upon information and belief, Defendants, the Estate of Frank Ranallo Jr.; Frank Ranallo III; the Unknown Heirs of Frank Ranallo Jr. (if any); ESL Federal Credit Union; and the New York State Department of Taxation and Finance may have, or claim to have, an interest in the real property located

at 4079 Salt Works Road Medina, NY 14103 that is the subject of this action.

WHEREFORE, Plaintiff respectfully requests judgment:

    a.  That the Defendants, subsequent to the filing of the Notice of Pendency of this action, and every person whose conveyance or encumbrance is subsequent or subsequently recorded, be forever barred and foreclosed of all right, claim, lien and equity of redemption in the mortgaged premises;

    b.  That the premises may be decreed to be sold according to law;

    c.  That the amount due on the Promissory Note and Mortgage may be adjudged;

    d.  That the moneys arising from the sale may be brought into Court;

    e.  That the Plaintiff may be paid the amount adjudged to be due to the Plaintiff out of the sale proceeds, with interest thereon to the time of such payment, together with the costs and expenses of this action and the expenses of the sale, so far as the amount of such money properly applicable thereto will pay the same;

    f.  And that the Plaintiff may have such other and further relief as may be just and equitable.

Respectfully submitted,

By:

THOMAS L. SOOY (NY Bar # 5640198)
Private Counsel, United States Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
PH: (614) 674-6853
Fax: (614) 674-6864
Email: Thomas.sooy@usdoj.gov
*Attorney for Plaintiff*

Date:_____

VERIFICATION

STATE OF OHIO                    )

COUNTY OF FRANKLIN        )

Thomas L. Sooy, being duly sworn, deposes and says:

1. I am an Attorney duly admitted to practice in the Federal Courts of the
   Western District of the State of New York and have read the foregoing
   Complaint.

2. The allegations of the Complaint are true, except those matters alleged-on
   information and belief, and those matters I believe to be true. The grounds of
   my knowledge and the sources of my information and belief are records of
   the Rural Housing Service and its successor agency, the United States
   Department of Agriculture, and public records.

3. This verification is made by me and not by Plaintiff because the United
   States of America is a sovereign.

Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel, United States Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
PH: (614) 674-6853
FAX: (614) 674-6864
Email: Thomas.sooy@usdoj.gov

Sworn to before me, this

25th day of August, 2025.

Notary Public

WENDY K. WITCHER
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
October 28, 2029

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                    CIVIL NO.: _____
                                             FILED: _____

                      Plaintiff,

    -v-

TRACY RANALLO
11105 RIDGE ROAD
MEDINA, NY 14103

ESTATE OF FRANK RANALLO JR.
4079 SALT WORKS RD.
MEDINA, NY 14103

FRANK RANALLO III
611 ANN STREET
MEDINA, OH 14103

UNKNOWN HEIRS OF FRANK RANALLO JR., DEC;D
(DOD 07/30/2021)

ESL FEDERAL CREDIT UNION
225 CHESTNUT STREET
ROCHESTER, NY 14604

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

                     Defendants.

---

## <u>CERTIFICATE OF MERIT PURSUANT TO CPLR 3012-B</u>

Thomas L. Sooy, Esq., pursuant to CPLR §3012-2 and under penalties of perjury, affirms as follows:

1. I am an attorney at law duly licensed to practice in the State of New York, and I am affiliated with the law firm, The Law Offices of Robert A. Schuerger Co., LPA, Private Counsel to the United States Department of Justice, attorney for plaintiff in this foreclosure action.

2. This residential foreclosure action involves a home loan, as such term is defined in the New York Real Property Actions and Proceedings Law §1304. Upon information and belief, Defendants were residents of the property subject to foreclosure.

3. I have reviewed the facts of this case and reviewed the pertinent documents, including the mortgage, security agreement and note or bond underlying the mortgage executed by defendant(s), all instruments of assignment (if any), and all other instruments of indebtedness including any modification, extension, and consolidation.

4. I have consulted with the following representative of plaintiff:

<u>Darcy Haley, Acting Single Family Housing Program Director</u>

5. Upon this review and consultation, to the best of my knowledge, information, and belief, I certify that there is a reasonable basis for the commencement of this action, and that plaintiff is the creditor entitled to enforce rights under these documents.

6. I am aware of my obligations under New York Rules of Professional Conduct (22 NYCRR Part 1200 and 22 NYCRR Part 130).

Dated: 8-25-25

Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel, United States Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229